# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PG PUBLISHING COMPANY, INC., AND THE BUTLER EAGLE,

   Respondents

    v.

PITTSBURGH TYPOGRAPHICAL UNION #7 (CWA LOCAL 14827); PITTSBURGH NEWSPAPER PRINTING PRESSMAN/PAPER HANDLERS UNION #9 (TEAMSTERS LOCAL 24M/9N); PITTSBURGH MAILERS UNION #22 (CWA LOCAL 14842); AND NEWSPAPER, NEWSPRINT, MAGAZINE AND FILM DELIVERY DRIVERS, HELPERS, AND HANDLERS (TEAMSTERS #205/211); NEWSPAPER GUILD OF PITTSBURGH LOCAL #38061; DON MCCONNELL, IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE PITTSBURGH TYPOGRAPHICAL UNION #7 (CWA LOCAL 14827) PRESIDENT; CHRISTOPHER V. LANG, IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE PITTSBURGH NEWS PRINTING PRESSMAN/PAPER HANDLERS UNION #9 (TEAMSTER LOCAL 24M/9N) PRESIDENT; JOHN A. CLARK, JR., IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE PITTSBURGH MAILERS UNION #22 (CWA LOCAL 14842) PRESIDENT; EDWARD A. BOEHM, IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE NEWSPAPER, NEWSPRINT, MAGAZINE AND FILM DELIVERY DRIVERS, HELPERS, AND HANDLERS (TEAMSTERS #205/211) PRESIDENT; ZACHARY L. TANNER, IN HIS INDIVIDUAL CAPACITY AND IN HIS

No. 6 WM 2023

CAPACITY AS THE NEWSPAPER GUILD  :
OF PITTSBURGH LOCAL #38061  :
PRESIDENT; JOSEPH BAKER; MARCY  :
RUBIN;  ROBERT BOYLE; AND ALL  :
OTHERS CONSPIRING, ACTING IN  :
CONCERT OR OTHERWISE  :
PARTICIPATING WITH THEM OR ACTING  :
IN THEIR AID  OR BEHALF,  :
                                                            :
                  Petitioners  :

## ORDER

**PER CURIAM**

      **AND NOW,** this 10th day of March, 2023, the Emergency Petition for Stay of Permanent Injunction is hereby **GRANTED**.  The injunction entered on November 1, 2022 by the Butler County Court of Common Pleas at docket number AD 22-10850 is hereby **STAYED** pending the resolution of Petitioners' appeal in the Superior Court or further order of this Court.  Petitioners' request for attorneys' fees and costs is **DENIED**.

      Justice Brobson notes his dissent.